RECEIVED
IN LAKE CHARLES, LA.

JUL 21 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

UNITED STATES OF AMERICA    :    DOCKET NO. 2:15 CR 00032-01

VS.    :    JUDGE MINALDI

RICKY JOSEPH GUIDRY    :    MAGISTRATE JUDGE KAY

JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed,[1] these findings and conclusions are accepted.  Alternatively, this court finds that the proposed findings of fact and conclusions of law are entirely correct.  Accordingly, it is

ORDERED that the guilty plea of the defendant, Ricky Joseph Guidry, is ACCEPTED and that Ricky Joseph Guidry is adjudicated guilty of the offense charged in Count Two of the Indictment.

Sentencing shall be held on the 27th day of August, 2015 at 10:30 AM before the undersigned.

Lake Charles, Louisiana, this 16 day of July, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 25 issued May 14, 2015.